


**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN WITHEROW,

Plaintiff,

vs.

CATHERINE CORTEZ-MASTO, et al.,

Defendants.

3:08-cv-00363-LRH-RAM

ORDER

The court has considered the report and recommendation of the United States Magistrate Judge (#61) filed on August 3, 2009. Before the court is plaintiff's motion for a preliminary injunction (#7). Defendants have opposed (#27) and plaintiff has replied (#36). The Magistrate Judge recommends the motion be denied. Also before the court is defendants' motion to strike or in the alternative motion for extension of time (#66).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

**ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#61). Therefore, plaintiff's motion for a preliminary injunction (#7) is **DENIED**. Additionally, defendants' motion to strike or in the alternative motion for extension of time (#66) is **DENIED** as moot.

It is so **ORDERED**.

DATED: This 23rd day of September, 2009.

UNITED STATES DISTRICT JUDGE