1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                              * * * * *

9   JOHN WITHEROW,                    )
                                      )
10              Plaintiff,            )         3:08-cv-00363-LRH-RAM
                                      )
11  v.                                )
                                      )         ORDER
12  CATHERINE CORTEZ-MASTO, et al.,   )
                                      )
13              Defendants.           )
    _____   )

14

15         Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A.

16  McQuaid, Jr. (#69[1]) entered on January 14, 2010, recommending granting in part and denying in part

17  defendants' Motion to Dismiss (#23) filed on March 23, 2009.  Plaintiff filed his Objections to

18  Magistrate Judge's Report and Recommendation (#72) on February 22, 2010, and defendants did not

19  respond, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the

20  United States District Court for the District of Nevada.

21         The Court has conducted its *de novo* review in this case, has fully considered the objections

22  of the plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

23  pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate

24  Judge's Report and Recommendation (#69) entered on January 14, 2010, should be adopted and

25

26      [1]Refers to court's docket number.

1  accepted.

2        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

3  (#69) entered on January 14, 2010, is adopted and accepted, and defendants' Motion to Dismiss (#23)

4  is GRANTED IN PART and DENIED IN PART as follows:

5        1.    Counts I and II should be dismissed as to all defendants with prejudice;

6        2.    Counts III and V through IX should be dismissed as to all defendants without

7              prejudice with leave to amend;

8        3.    Count IV should be dismissed as to defendants Cortez-Masto, Skolnik, Cox,

9              Helling, Benedetti, Donat, Baca, Grafton, Haberfield, Walsh, Zappattini, Henley,

10             Lietz, Stankus, and Baker without prejudice with leave to amend; and

11       4.    The motion to dismiss on Count IV should be denied as to defendant LaGier.

12       IT IS SO ORDERED.

13       DATED this 30th day of March, 2010.

14

15

16       _____

17       LARRY R. HICKS
         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26
                                          2