# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN WITHEROW, | ) | 3:08-CV-363-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 6, 2010 |
| | ) | |
| CATHERINE CORTEZ-MASTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Amend Scheduling Order (Doc. #80) and Defendants have responded with a Non-Opposition to Plaintiff's Motion to Amend Scheduling Order (Doc. #81).

Plaintiff's Motion to Amend Scheduling Order (Doc. #80) is **GRANTED**. The dates previously set by the court (Doc. #79) are extended a period of ninety (90) days.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
      Deputy Clerk