UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| JOHN WITHEROW, | CASE NO. 3:08-CV-0363-LRH-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: OCTOBER 19, 2010 |
| CATHERINE CORTEZ-MASTO, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 1:29:34 p.m. - 1:40:10 p.m.</u>

Counsel for Plaintiff(s): <u>JOHN WITHEROW, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>SUSAN LEE</u>

PROCEEDINGS: **MOTION HEARING**

1:29 p.m. Court convenes.

The court and parties confer regarding the Motion to Stay Proceedings (Docket #82). The Court advises the parties that it is not inclined to stay the case in its entirety, but would rather extend discovery to give Plaintiff an opportunity to correspond with potential witnesses upon his release and to give both sides time to conduct any necessary depositions.

IT IS ORDERED that the discovery deadline is extended to **March 21, 2011** only to allow Plaintiff time to communicate with potential witnesses and to give both sides the opportunity to conduct depositions.

1:40 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: <u>/s/</u>

Deputy Clerk